

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number    2:25-cr-00119-JLS

U.S.A. v. Ryan Van De Car

☑ Indictment          ☐ Information

Defendant Number  1

Year of Birth  1981

Investigative agency (FBI, DEA, etc.)  FBI

**FILED**
CLERK, U.S. DISTRICT COURT

**4/9/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense    8/2023-9/2023, 12/3/2023

c. County in which first offense occurred

Riverside County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☐ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☑ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other

Citation of Offense   18 U.S.C. §§ 2252A(a)(2)(A), (b)(1); 2252A

(a)(5)(B), (b)(2); 2252A(a)(7), (b)(3); 1466A(a)(1), 2252A(b)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☑ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No    ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:    N/A

Assigned Judge:    N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?    ☑ No    ☐ Yes

IF YES, provide Name:    N/A

Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

N/A

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male    ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:
- ☑ All counts
- ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☑ Other   Child Pornography

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  N/A

b. Posted bond at complaint level on:  N/A

  in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution:  N/A

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:  ☐ Yes  ☐ No

  IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

  IF YES :  ☐ State  ☐ Federal   AND

  Name of Court: _____

  Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  N/A

_____

Date  04/07/2025

Signature of Assistant U.S. Attorney

Mirelle Raza

Print Name